# Order

Michigan Supreme Court
Lansing, Michigan

September 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157907-8(76)

*In re* J FERRANTI, Minor.

SC: 157907-8
COA: 340117; 340118
Otsego CC Family Division:
13-000071-NA

_____/

On order of the Chief Justice, the motion of the Legal Services Association of Michigan and the Michigan State Planning Body for Legal Services to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 14, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2018



Clerk